# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146357 & (66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                          SC: 146357
                          COA: 300460
                          Grand Traverse CC:
                          10-011026-FC

ALAN STARR TROWBRIDGE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 25, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Burt v Titlow*, cert gtd 185 L Ed 2d 360; 2013 US LEXIS 1849; 81 USLW 3470 (US 2013), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      The motion to expand the record remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013                                  _____
                                                       Clerk

s0515